**RANDY RUMPH**  (SBN: 232235)
1401 - 19TH STREET, SUITE 200
BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600

ATTORNEY FOR PLAINTIFF MICHELLE KYLES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KYLES,<br>  PLAINTIFF,<br><br>vs.<br>SAEKYU OH, DMD, DENTAL CORP. DBA SMILELAND DENTAL; DOES 1 through 10<br>  DEFENDANTS. | CASE NO.  1:12-CV-00269-LJO-JLT<br><br>STIPULATION TO DISMISS |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

DATED:   March 26, 2013

/s/ Marita M. Lauinger
_____
By:   **MARITA M. LAUINGER**
ATTORNEY FOR DEFENDANT SAEKYU OH, DMD, DENTAL CORP..DBA SMILELAND DENTAL

DATED:   March 26, 2013

/s/ Randy Rumph
_____
**RANDY RUMPH**
ATTORNEY FOR PLAINTIFF MICHELLE KYLES

Page -1-

**O R D E R**

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1),*

**IT IS SO ORDERED**

**Dated: March 28, 2013**

                                   **/s/ Lawrence J. O'Neill**
                                   **United States District Judge**